# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3148
_____

GARY EARVEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

August 7, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Luke Newman, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Frank Xavier Moehrle, Jr. and Amanda Stokes, Assistant Attorneys General, Tallahassee, for Appellee.